to dismiss the first and third causes of action as against defendant Joseph G. Cohen for legal insufficiency is granted. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

ANNE RITHOLTZ, Appellant, v. ALVIN A. LICHT and Others, Defendants, Impleaded with JOSEPH G. COHEN, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer, and Cohn, JJ.

WILLIAM J. RAPP, as Executor of the Estate of MARY E. SMITH, Deceased, Respondent, Appellant, v. HELEN MEADE SMITH, as Executrix of the Estate of GEORGE EDMUND SMITH, Deceased, Appellant, Respondent.— Order, so far as appealed from, unanimously modified by granting the motion to strike out paragraphs " Tenth " to " Eighteenth," inclusive, of the reply, pursuant to rule 103 of the Rules of Civil Practice, except so much of paragraph " Eighteenth " as alleges: " Upon information and belief, that with full knowledge of all the matters relating to the cause of action set forth in the complaint, and the proceedings taken thereunder, the defendant elected to allow the claim of Mary E. Smith for the conversion by the deceased, George Edmund Smith, of fifty shares of preferred stock of the Royal Typewriter Company, Inc., belonging to her," and as so modified affirmed, with twenty dollars costs and disbursements to the defendant. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

WILLIAM J. RAPP, as Executor of the Estate of MARY E. SMITH, Deceased, Appellant, v. HELEN MEADE SMITH, as Executrix of the Estate of GEORGE EDMUND SMITH, Deceased, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

CARL SIEBURG, JR., and Another, Suing as Directors, etc., Respondents, v. CHARLES WEISBECKER and Others, Defendants, Impleaded with CHARLES WEISBECKER, a Corporation, Appellant.— Order, so far as appealed from, unanimously modified by granting defendant-appellant leave to serve an amended counterclaim within ten days after service of a copy of order with notice of entry if it be so advised, and as so modified affirmed, with twenty dollars costs and disbursements to the respondents. (See *Gerdes* v. *Reynolds*, 281 N. Y. 180; *People* v. *Equitable Life Assurance Society*, 124 App. Div. 715.) Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of FRED C. DAHLEM, Respondent, v. DYCKMAN AUTO SALES SERVICE, INC., and CELIA DOWD, Appellants. — Judgment unanimously reversed and the information dismissed, on the ground that the evidence failed to establish beyond a reasonable doubt that the premises in question were not used for the present non-conforming use prior to July 25, 1916. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of DOLLAR SAVINGS BANK OF THE CITY OF NEW YORK, the Holder of a First Mortgage on the Premises No. 2525 Frisby Avenue, Bronx County, Owned by ROSINA TERILLI, for an Order Pursuant to Section 1077-c of the Civil Practice Act. DOLLAR SAVINGS BANK OF THE CITY OF NEW YORK, Respondent; ROSINA TERILLI, Appellant.— The interest paid on the second mortgage, a *bona fide* junior mortgage executed prior to July 1,